W. J. Disney, et al. *v.* W. W. Sawyers.

, [Abstract Kentucky Law Reporter, Vol. 4—896.]

**Attacking Fraudulent Conveyance.**

A creditor has no standing in court to attack a conveyance alleged to be fraudulent until after he has procured judgment, execution and a return on the execution of no property found.

APPEAL FROM KNOX CIRCUIT COURT.

April 26, 1883.

OPINION BY JUDGE PRYOR:

This court has lately reversed the doctrine as to the rights of a creditor to attack a conveyance alleged to be fraudulent without an execution and return of no property found. The return of no property, which is conclusive as to the satisfaction of his common-law remedy, is essential to the cause of action and without it the appellee had no standing in court.

Some confusion in the manuscript opinion exists on the subject. The cases of *Vance v. Campbell,* 11 Ky. Opin. 368, 3 Ky. L. 448, and *Martz v. Pfiefer,* 80 Ky. 600, 4 Ky. L. 592, determine this question.

Judgment *reversed* and cause remanded for proceedings consistent with this opinion.

*Dishman & McClary, for appellants.*

*John L. Scott, for appellee.*